UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:21-cr-00232-KJM |
| Plaintiff, | ORDER |
| v. | |
| Oscar Fidel Ayon, et al., | |
| Defendants. | |

The court released defendant Olivia Reyes from the Southern District of California on a $2,000 cash bond. Mins., ECF No. 22. That court ordered her to report to this court for further proceedings. *See* Transfer Documents, ECF No. 21. On March 1, 2022, this court received an amount identified as the cash bond from the transferring district, but totaling $4,000.

The Clerk of Court is ordered to receive these funds into the Court's Registry and then return the additional $2,000, which the transferor court erroneously sent, to the Southern District of California.

IT IS SO ORDERED.

DATED: March 16, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1