# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00232 |
| Plaintiff, | **ORDER EXONERATING CRIMINAL BOND, CLOSING INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |
| v. | |
| OLIVIA REYES QUINTERO, | |
| Defendant, | |

**IT IS HEREBY ORDERED.** That the criminal bond which secured the presence of defendant be exonerated. **IT IS FUTHER ORDERED** that the Clerks release and disburse the following $2,000.00, plus interest, from the interest of non-interest bearing account in the above entitled case to Ruben Ramirez Torres. The new address of the surety is the following address:

  6036 De Leon Way, Riverbank, CA 95367

  Phone: 209-640-9361

**IT IS FUTHER ORDERED** that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must equal to that authorized by the Judicial Conference of the United States and set by the Administrative office of the United States Courts.

IT IS SO ORDERED:

Dated: May 8, 2023.

CHIEF UNITED STATES DISTRICT JUDGE